UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:08-40026-FDS |
| | ) | |
| GARY C. GITTO, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO CONTINUE DATE FOR SENTENCING

The parties hereby move the Court to continue the March 2, 2011 sentencing date for Defendant Gary C. Gitto to a date during the week of March 28, 2011. As grounds for this motion the parties submit that Mr. Gitto has entered into a cooperation agreement with the United States. In light of the Court's continuance of Frank Miller's sentencing to March 11, 2011, it is anticipated that Mr. Gitto's cooperation may not be complete as of his current sentencing date. The additional time sought, which also takes into consideration the unavailability of undersigned counsel for the government during the week of March 21, 2011, will allow the parties and the Court time to appropriately evaluate Mr. Gitto's cooperation.

Dated: January 17, 2011                                By its attorney,

GARY C. GITTO                                          CARMEN M. ORTIZ
                                                       United States Attorney

By: /s/ Max D. Stern                            By:    /s/ Lori J. Holik
Max D. Stern                                           Lori J. Holik
Stern, Shapiro, Weissberg & Garin                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that will serve a copy of the above motion on January 17, 2011 by causing same to be electronically filed with the Court.

                                            <u>/s/ Lori J. Holik</u>
                                            Lori J. Holik
                                            Assistant U.S. Attorney